IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| TOMMY OWENS, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:15CV225 |
| | ) | |
| V. | ) | |
| | ) | |
| UNION PACIFIC, | ) | **MEMORANDUM AND ORDER** |
| | ) | |
| Defendant. | ) | |

This matter is before the court on its own motion. On December 30, 2015, the court ordered Plaintiff to show cause within 30 days why this case should not be dismissed for failure to pay the initial partial filing fee assessed by the court on October 13, 2015. (Filing No. 8.)

On January 26, 2016, Plaintiff requested an extension of time to submit the initial partial filing fee. (Filing No. 9.) The court granted Plaintiff's request and gave Plaintiff until February 29, 2016 to pay the filing fee. However, as of today's date, Plaintiff has still not paid the initial partial filing fee, nor has he sought another extension of time in which to do so.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice for failure to pay the court's initial partial filing fee. The court will enter judgment by a separate document.

DATED this 6th day of April, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge